**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Mary C. Minard and Gary S. Minard, | ) |
| | ) |
| Plaintiffs, | )     **ORDER OF DISMISSAL** |
| vs. | ) |
| | )     Case No. 1:08-cv-032 |
| Hudson & Keyse, LLC, | ) |
| | ) |
| Defendant. | ) |

Before the Court is a "Stipulation for Dismissal With Prejudice" filed on December 1, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 8) and **ORDERS** that the case be dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED.**

Dated this 2nd day of December, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court